


## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No.    '22  MJ2017 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
| | ) | Title 8, U.S.C. § 1324(a)(1)(A)(ii) |
| | ) | Transportation of Illegal Aliens |
| | ) | |
| | ) | |
| Kimberly Dionne WHITE-Dew, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned complainant being, duly sworn, states:

On or about June 02, 2022, within the Southern District of California, defendant Kimberly Dionne WHITE-Dew, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Oscar Rene MOLINA-Perez, Gerardo SALDANA-Cisneros, and Jose Guadalupe TENORIO-Saldana, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Giancarlo Lugo
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JUNE 03, 2022.

HON. MICHAEL S. BERG
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Kimberly Dionne WHITE-Dew

## PROBABLE CAUSE STATEMENT

The complainant states that Oscar Rene MOLINA-Perez, Gerardo SALDANA-Cisneros, and Jose Guadalupe TENORIO-Saldana, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On June 2, 2022, Border Patrol Agent E. Mercado was performing assigned canine duties in the Boulevard Border Patrol Station's area of responsibility. Agent Mercado was in full Border Patrol rough duty uniform with visible patches and insignia, driving an unmarked Border Patrol canine vehicle equipped with emergency lights and sirens.

At approximately 11:05 PM, Agent Mercado observed a silver Chrysler 300 drive eastbound on Old Highway 80 through the town of Jacumba Hot Springs at a high rate of speed. Agent Mercado followed the Chrysler northbound on Carrizo Gorge Road where it passed two gas stations and into a dirt road with no outlet. Agent Mercado maintained surveillance on the Chrysler as it drove and parked at an empty gas pump without fueling up and then drove to a neighboring gas station and parked near the propane tank fill up station for a few minutes. Agent Mercado then observed the Chrysler entered the westbound lanes of Interstate 8 (I-8), exit the Interstate then return to the westbound on ramp of I-8.

At approximately 11:29 PM, Agent Mercado activated his emergency lights and sirens to conduct a vehicle stop on the westbound on ramp to I-8. The driver later identified as Defendant Kimberly Dionne WHITE-Dew turned on her hazard lights and began to drive on the shoulder while waving out the window. At approximately 11:30 PM, WHITE-Dew made an illegal U-turn on the westbound lanes of I-8 and drove eastbound into oncoming traffic. Agent Mercado immediately terminated the pursuit and notified other agents of the wrong way driver.

At approximately 11:40 PM, Border Patrol Agent L. Herrera relayed that he had visual of the Chrysler and that the vehicle was pulling over on its own. This area is approximately three miles north of the United States/Mexico International Boundary and approximately 18.5 miles east of the Tecate, California Port of Entry. Agent Herrera approached the vehicle and observed WHITE-Dew walking away from the vehicle and detained her. At approximately 11:41 PM, Agent Mercado arrived on scene and identified himself as a Border Patrol Agent to the five occupants of the vehicle including material witnesses Oscar Rene MOLINA-Perez, Gerardo

**CONTINUATION OF COMPLAINT:**
**Kimberly Dionne WHITE-Dew**

SALDANA-Cisneros, and Jose Guadalupe TENORIO-Saldana.  All five individuals to include, MOLINA, SALDANA, and TENORIO, admitted to being citizens of Mexico, illegally present in the United States without immigration documents allowing them to enter or remain in the United States legally.  At approximately 11:42 PM, Agent Mercado placed all five individuals, including MOLINA, SALDANA, and TENORIO, under arrest.  At approximately 11:42 PM, Agent Herrera placed WHITE-Dew under arrest.

Defendant was advised of her Miranda rights and was willing to answer questions without an attorney present. WHITE-Dew stated that she was walking around Wells Park in El Cajon, California on June 2, 2022 and she met a friend who asked if they could borrow her vehicle. WHITE-Dew stated that she refused, the friend then offered her $500.00 to pick up people. WHITE-Dew stated that she accepted the offer and that they would send her the pick-up location later.  WHITE-Dew stated that when she received the coordinates for the location, she began to drive towards East County San Diego.  WHITE-Dew stated she did not know where the pickup location was but was told that she would be picking up two individuals.

WHITE-Dew stated that as she neared the pickup location, an unknown male contacted her via the WhatsApp mobile application and told her to pull over to the side of the road.  She pulled over and multiple people come out of the grass and trees and enter the rear seat of her vehicle. WHITE-Dew stated she drove away and got lost and attempted to refuel her vehicle but failed to find her wallet.  WHITE-Dew stated that she got back onto the freeway and saw lights and sirens behind her but failed to stop because she needed gas and wanted law enforcement vehicles to go around her.  White-Dew stated that she drove the wrong way on the freeway because she was nervous because she knew she was doing something illegal.  WHITE-Dew stated that she did not know where she was supposed to take them.

Material witnesses Oscar Rene MOLINA-Perez, Gerardo SALDANA-Cisneros, and Jose Guadalupe TENORIO-Saldana stated they are citizens of Mexico without immigration documents allowing them to enter or remain in the United States legally.  MOLINA, SALDANA, and TENORIO, stated that smuggling arrangements were made, and they had agreed to pay between $8,000 and $10,000 USD to be smuggled into the United States. MOLINA, SALDANA, and TENORIO were given directions on how to cross the border and reach the pick-up location.  MOLINA, SALDANA, and TENORIO were also told that a gray Chrysler would pick them up.